# Court of Appeals
# of the State of Georgia

ATLANTA, February 22, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1220. COOK et al. v. OWENS ET AL.**

On February 21, 2013, the Supreme Court of Georgia issued an order to this Court in which it reconsidered its transfer order (in its Case No. S13W0834) and recalled this appeal on jurisdictional grounds. We hereby adopt the February 21, 2013 order of the Supreme Court, making it an order of this Court; and, having fully complied with that order, this case stands RECALLED and DISMISSED from our docket by operation of law.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/22/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.